208 F.3d 831 (9th Cir. 2000)
 HAROLD BIBEAU; MELANIE ANN DOOYEN BIBEAU, on their own and as Representatives of Classes of Similarly Situated Persons, Plaintiffs-Appellants,
v.
PACIFIC NORTHWEST RESEARCH FOUNDATION INCORPORATED, a Washington corporation; BATTELLE PACIFIC NORTHWEST LABORATORIES; BATTELLE MEMORIAL INSTITUTE, INCORPORATED, an Ohio Corporation; MAVIS ROWLEY; DANIEL DIIACONI, Doctor in his Individual and Former Official Capacity; FERNANDO LEON, Doctor in his Individual and Former Official Capacity; ROBERT E. WILDMAN, in His Individual and Former Official Capacity; JOHN RANDOLPH TOTTER, in His
Individual and Former Official Capacity; JAMES LESLIE LIVERMAN, in His Individual and Former Official Capacity; UNITED STATES OF AMERICA, Defendants-Appellees.
 No. 97-35825
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 April 12, 2001
 
 1
 Before: WALLACE and KOZINSKI, Circuit Judges, and EZRA,* District Judge.
 
 
 2
 Prior Report: 188 F.3d 1105.
 
 ORDER
 
 3
 The petition for rehearing is denied.
 
 
 4
 The third sentence of Footnote 1 of the opinion filed on August 19, 1999 is amended to read as follows:
 
 
 5
 "We do not address whether this or any other harm Bibeau claims to have suffered amounts to a cognizable injury under Bibeau's various state and federal law theories."
 
 
 
 Notes:
 
 
 *
 The Honorable David Alan Ezra, United States District Judge for the District of Hawaii, sitting by designation.